UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES F. TOMASIK

      Plaintiff,

vs.

Case No. 09-12816
HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## J U D G M E N T

The above entitled matter has come before the Court on the parties' cross motions for summary judgment, and in accordance with the Court's order granting plaintiff's motion for summary judgment and denying defendant's motion for summary judgment entered this date;

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of plaintiff.

                DAVID J. WEAVER
                CLERK OF THE COURT

                BY: s/Josephine Chaffee
                      DEPUTY COURT CLERK

Dated: May 17, 2010